# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

MAGED HELMI BEBAWI,

        Petitioner,

vs.                                                  No. CIV 10-472 WJ/LFG

RAY TERRY,

        Respondent.

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
### AND RECOMMENDED DISPOSITION
### AND DISMISSING PETITION WITHOUT PREJUDICE

THIS MATTER came before the Court on the Magistrate Judge's Findings and Recommended Disposition filed August 13, 2010 [Doc. 23]. The Magistrate Judge recommended that Respondent's Amended Motion to Dismiss [Doc. 9] be granted and that the Petition be dismissed without prejudice. Petitioner did not file objections, and the time for doing so has expired. The Court accepts the Findings and Recommended Disposition and further directs that Petitioner's Motion to Expedite Disposition [Doc. 4] will be denied.

IT IS THEREFORE ORDERED that the Findings and Recommended Disposition of the United States Magistrate Judge are adopted by the Court.

IT IS FURTHER ORDERED that Respondent's Amended Motion to Dismiss [Doc. 9] is granted and Respondents' Motion to Dismiss [Doc. 8] is denied as moot; Petitioner's Motion to Expedite Disposition [Doc. 4] is denied, and this action is hereby dismissed without prejudice.

_____

UNITED STATES DISTRICT JUDGE